22-MJ-5381-JGD

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Anthony Williams, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Since September 2020, I have been assigned as a Task Force Officer with the FBI Boston's Human Trafficking and Child Exploitation Task Force. I have participated in state and federal investigations related to sexual exploitation of children and the human trafficking of minors and adults, and I have been involved in executing multiple arrests and search warrants.

2. I make this affidavit in support of a criminal complaint charging Jimall Dawn BROWN (hereinafter the "SUBJECT"), YOB 1989, with sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1).

3. The statements in this affidavit are based on my own personal involvement in the investigation and my personal observations; information provided by other FBI Task Force Officers, FBI agents, FBI analysts, and local police officers; information obtained from other individual(s); my review of records; and my training, and background as a Task Force Officer with the FBI. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and does not set forth all of my knowledge about this matter. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

22-MJ-5381-JGD

## **PROBABLE CAUSE**

### **Interviews of Victim 1**

4.      Law enforcement conducted multiple interviews of Victim 1.[1] In these interviews, Victim 1 reported that the SUBJECT, who resides in Boston, initially contacted her on social media in late 2021. At the time, Victim 1 was 17 years old and living in another state. The SUBJECT induced and coerced Victim 1 to agree to come to Boston by telling her that he wanted her to be with him and claiming he could provide her with a better lifestyle. At the SUBJECT's request, Victim 1 sent the SUBJECT money to buy her a plane ticket from her home state to Massachusetts. The SUBJECT booked a flight for Victim 1 and kept the leftover money that she had sent to him. Flight records show that Victim 1's date of birth was provided to the airline when the ticket was purchased.

5.      When Victim 1 arrived in Massachusetts on January 28, 2022, the SUBJECT picked her up at the airport and took her directly to a hotel. That day, he posted photos of her in online advertisements for commercial sex. Victim 1 started doing dates[2] in Massachusetts when she was still 17 years old. At that time, the SUBJECT was 33 years old.

6.      Dates would contact Victim 1 to schedule time with her, and the SUBJECT would tell Victim 1 what to do with the dates and how much to charge. The SUBJECT told her to charge

---

[1] I know the identity of Victim 1, who was interviewed several times, as outlined herein. I omit her name to protect her privacy and for her safety. This affidavit includes information derived from the interviews, but the information is presented in summary fashion and is not intended to be a complete or verbatim recounting of Victim 1's statements.

[2] I know that "dates" is a common reference to both individuals who purchase commercial sex and the act of engaging in commercial sex.

2

about $450 for one hour and $300-$350 for 30 minutes. Victim 1 would then have sexual intercourse or spend time with the dates and give the SUBJECT all of the money that she was paid for the dates, which totaled about $2,000-$3,000 per day. Dates paid Victim 1 in cash or through electronic payment apps, and she gave all of that money to the SUBJECT. The SUBJECT moved Victim 1 to different hotels in the Boston area; she typically didn't stay at one hotel for more than a week.

7.  When Victim 1 was still 17 years old, the SUBJECT coerced her to fly to Georgia on approximately March 14, 2022. Victim 1 stayed in Georgia for approximately 10 days, during which time she did dates and gave all of the proceeds to the SUBJECT.

8.  After Victim 1 turned 18, and the SUBJECT continued to traffic her.[3] When Victim 1 would attempt to leave, the SUBJECT would physically block her from doing so, and would threaten her or beat her up. Whenever she told him she wanted to go home, he would put his hands on her, slap her, and yell at her. The SUBJECT also hit Victim 1, choked her, and physically restrained her. He coerced her to stay through fraudulent promises of a better life.

9.  Victim 1 told law enforcement that the SUBJECT would wake her up very early and put her straight to work doing dates and make her do dates until she was exhausted. He would also forget to feed her so she would be starving and unable to focus or do anything else.

10.  Law enforcement encountered Victim 1 on multiple occasions in hotel rooms in the Boston area, including one time in April 2022 where she was in a hotel room rented in the SUBJECT's name. On that occasion, police were called because Victim 1 and the SUBJECT were

---

[3]  I know Victim 1's date of birth and the date that she turned 18, but am leaving it out of this complaint to protect her privacy.

22-MJ-5381-JGD

arguing loudly in the parking lot. Police found Victim 1 with what appeared to be a fresh scratch on her neck. The in the hotel room that Victim 1 and the SUBJECT had occupied, police found blood on the pillow and bed sheets.

11. The SUBJECT also took Victim 1 to Nevada, where he trafficked her for multiple weeks on or around April 29 – June 13, 2022. Victim 1 made thousands of dollars doing dates in Nevada, and she gave all of that money to the SUBJECT.

12. In July 2022 Victim 1 was able to escape from the SUBJECT and leave Massachusetts.

13. Victim 1 identified the SUBJECT by his full name, Jimall Dawn Brown, and by his nicknames known to law enforcement, "Lu" and "Progress Lu."

## CONCLUSION

14. I believe that the SUBJECT engaged in sex trafficking of a minor by sending Victim 1 on dates while she was under 18 years of age and taking all of the money she was paid.

\* \* \*

22-MJ-5381-JGD

15. Based on the foregoing, I submit there is probable cause to believe that between or about January 27, 2022 through the date that Victim 1 turned 18 years old, BROWN committed sex trafficking of Victim #1 when she was a minor in violation of Title 18, United States Code, Section 1591(a)(1).

*Anthony Williams*
Det. Anthony Williams
Task Force Officer
Federal Bureau of Investigation

Signed electronically and sworn to before me by teleconference in accordance with Fed. R. Crim. P. 4.1 on October ___, 2022.
**Oct 26, 2022**

*Judith Gail Dein*
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE